**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IGOR SEDRAKYAN, | No. 07-71436 |
| Petitioner, | Agency No. A078-439-950 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:    O'SCANNLAIN, LEAVY, and TALLMAN, Circuit Judges.

Igor Sedrakyan, a native and citizen of Russia, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reopen. Our

jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

With respect to Sedrakyan's asylum claim, we lack jurisdiction to review the

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

BIA's denial of his motion to reopen because he was removable for having committed an aggravated felony. *See* 8 U.S.C. §§ 1252(a)(2)(C), 1227(a)(2)(A)(iii).

With respect to Sedrakyan's withholding of removal and CAT claims, we lack jurisdiction because he failed to exhaust them before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED.**